In the Matter of the Claim of CARL SFERRAZZA, Appellant, against ESMCO AUTO PRODUCTS, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNARD WEST, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion for permission to appeal on a typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WILEY, HERBERT FIRKEL and RUTH FIRKEL, Appellants.— Motion for leave to appeal as a poor person on typewritten record denied, with leave to renew; the application to be accompanied by a typewritten record, together with brief, pointing out specifically the errors assigned. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of FANNY WYMAN, Claimant, against JACOB KRAMER, Employer. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of GEORGE ZOVICH, Petitioner, Appellant, for a Peremptory Writ of Mandamus against Hon. EDWARD W. EATON, as County Judge of Tioga County, Respondent.— Motion for permission to appeal on five typewritten copies of record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of JOSEPH MERENDINO, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act to Review a Determination of FRANK P. GRAVES, Commissioner of Education of the State of New York, THOMAS J. MANGAN and Others, as Members of the Board of Regents of the University of the State of New York, WILLIAM F. McLAUGHLIN and Others, as Members of the State Board of Podiatry Examiners, Respondents.— Application for stay denied. [See 256 App. Div. 412.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JOSEPH DOTOLA, Respondent, against EDWARD TREVCR HILL, Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.